BK 116
(9/00)

Adversary Proceeding No. _14-05010_

## CERTIFICATION OF SERVICE

I, _Bob Stevens_ of ** _501 Grove Ave., Charlottesville VA 22902_
_____ certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;
That on the __10__ day of __Mar__, 20_14_, I served a copy of the within
Summons and Notice of Trial {or Pretrial Conference}, together with the complaint filed in the proceeding, on:

the defendant(s) in this proceeding, by {describe here the mode of service}:

_1st certified mail_

the said defendant(s) at:

_PO Box 3506_          _c/o Mark H. Merrill, Reg. Agt._
_Winchester VA 22604_ + _1840 Amherst St._
                       _Winchester VA 22604_

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __3/10/14__    _____
                {Date}              {Signature}

**State mailing address

------------------------------------------------------------

It is the Court's desire to minimize the amount of time required of counsel and therefore the expense to the parties to comply with the requirements of the Court and the needs of the matter to be considered. Accordingly, if any counsel prefers that the pre-trial conference be conducted by means of conference telephone call, such counsel should contact other counsel to see if there is agreement to such effect and, if so, for Judge Connelly's cases contact the Harrisonburg Clerk's office at (540) 434-8327 or for Judge Black's cases contact his chambers at (540) 857-2394, as may be applicable to arrange a mutually convenient date and time for such a call.

The ground rules are as follows:

1.  Except for good cause shown, such conference call for the initial pre-trial conference will be subject to the unanimous agreement of counsel and will only be available where all parties are represented by counsel.

2.  Counsel must agree on which of them will be responsible to initiate the call and shall so advise the Judges' office at the time of the call.

3.  Such calls, except for good cause shown and unless prior arrangements are made, will be conducted without a court reporter. Should counsel wish a record of any conference call, counsel must arrange for a court reporter.

csks.frm